No. 6117.—ARRIAGA, aplte., *v.* FERNÁNDEZ, ET AL., apldos.—C. D. Humacao. Julio 22, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede, fundada en la supuesta falta de notificación del escrito de apelación a la demandada Adela Fernández, o

a su abogado, y apareciendo de la documentación acompañada al escrito de oposición que el escrito de apelación fué debidamente notificado a uno de los abogados de récord de dicha demandada, *no ha lugar* a la desestimación solicitada.